907 A.2d 1011

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RONALD GARRY, DEFENDANT–PETITIONER.

September 21, 2006.

It is ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

907 A.2d 1011

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARIA REITER, DEFENDANT–PETITIONER.

September 21, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Bealor*, 187 *N.J.* 574, 902 *A.*2d 226 (2006).